UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH H. O. BATTLE, | No. 2:16-cv-0411 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| JOEL MARTINEZ, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 29, 2016, respondent filed a motion to dismiss the petition as time-barred.  Petitioner has not filed an opposition or otherwise responded to the motion.

Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition or statement of non-opposition to respondent's motion to dismiss no later than thirty (30) days from the date of this order.  Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated:  September 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / batt0411.146